THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANCIS G. BLINN, Appellant.

*People* v. *Blinn*, 131 App. Div. 935, affirmed.
(Argued October 21, 1909; decided November 9, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1909, which affirmed a judgment of the Court of General

Sessions in the county of New York rendered upon a verdict convicting the defendant of the crime of attempted abortion.

*Henry W. Unger* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur : CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.